UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICKEY MENARD | * | CIVIL ACTION NO.: 12-cv-02669 |
| | * | |
| VERSUS | * | JUDGE JANE TRICHE-MILAZZO |
| | * | |
| TOBIAS, INC. | * | MAGISTRATE SALLY SHUSHAN |

**************************************

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Tobias, Inc., who, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, provides its Corporate Disclosure Statement noting the following:

Tobias, Inc. has no parent corporation and no publically held corporation owns ten percent (10%) or more of its stock.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**

*/s/ Robert S. Reich*
**ROBERT S. REICH, T.A. (#11163)**
**CHRISTY L. JOHNSON (#32877)**
3850 North Causeway Boulevard, Suite 1000
Metairie, Louisiana  70002
Telephone:  (504) 830-3999
Facsimile:  (504) 830-3950
E-mail: rreich@rapllclaw.com
            cjohnson@rapllclaw.com
*Attorneys for Tobias, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2012, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing.

*/s/ Robert S. Reich*